AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 07 Civ. 10387 (KPC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Giorgos B Maritime Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/2/2008 | _(signature)_ |
| Date | Signature |
| | Jon Werner / JW-5000 |
| | Print Name / Bar Number |
| | 65 West 36th Street, 7th Floor |
| | Address |
| | New York / NY / 10018 |
| | City / State / Zip Code |
| | (212) 594-2400 / (212) 594-4589 |
| | Phone Number / Fax Number |