**LYONS & FLOOD, LLP**
ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

**MEMO ENDORSED**

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

March 4, 2008

**BY TELEFAX**                                (212) 805-7949

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

Re:   Giorgos B Maritime Ltd. v. Reynolds Shipping (USA) LLC
      07 Civ. 10387 (KPC)
      Our file: 2600026

Dear Judge Castel:

We are attorneys for plaintiff in this Rule B maritime attachment action and request a second adjournment of the pretrial conference which had originally been adjourned from Friday, January 4, 2008, at 11:00 a.m., until Friday, March 7, 2008, at 9:15 a.m., pursuant to Your Order dated December 27, 2007.

By way of background, plaintiff is a Greek corporation and was the owner of the M/T GIORGOS B (the "Vessel"). In July of 2005, the defendant, a Texas-based corporation, chartered the Vessel from plaintiff and subsequently failed to pay charter hire that was due and owing, failed to pay for other expenses incurred by plaintiff, and re-delivered the Vessel early causing plaintiff to incur lost profits.

Plaintiff commenced London arbitration to recover damages totaling $1,256,432.00, inclusive of interest and costs (recoverable in London arbitration), and brought this action to obtain pre-judgment security.

Plaintiff has been serving garnishee banks with the process of maritime attachment and garnishment since November 19, 2007, but has not yet obtained any security for its claims.

NEW JERSEY OFFICE:
1405 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

Since defendant's property has not been attached, plaintiff has not notified defendant of this action under Rule B(2). Thus, to date, defendant has not appeared in this action.

In light of the fact that plaintiff continues to seek security from defendant, we respectfully suggest that there is no need for an initial pretrial conference at this time.

Unless and until defendant has appeared in the action, no discovery is necessary, particularly since the parties have agreed by the terms of their charter party to arbitrate the underlying claims in London, England.

Accordingly, we request the pretrial conference presently scheduled for March 7 at 9:15 a.m. be adjourned for another sixty (60) to ninety (90) days.

We thank you for your attention to this matter.

Respectfully yours,

Lyons & Flood, LLP

By: /s/ Kirk M. Lyons
Kirk M. Lyons

U:\kmhldocs\2600026\Correspondence\Castel-03.doc

*Handwritten order:* I will adjourn the conference from March 7 to May 9, 2008 at 10:15 a.m. If no attachment has transpired by then, the action will be dismissed without prejudice.

SO ORDERED.
/s/ [Judge] USDJ
3-4-08

- 2 -