# LYONS & FLOOD, LLP
### ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

**MEMO ENDORSED**

April 17, 2008

*[Handwritten endorsement: Application for leave to amend is granted. Amended pleading to be served by April 23. SO ORDERED. /s/ P. Kevin Castel U.S.D.J. 4-18-08]*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08

*[Stamp: RECEIVED APR 17 2008 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.]*

**BY MESSENGER**

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

Re:   Giorgos B Maritime Ltd. v. Reynolds Shipping (USA) LLC, *et al.*
       07 Civ. 10387 (KPC)
       Our file: 2600026

Dear Judge Castel:

We represent plaintiff Giorgos B Maritime Ltd. in this Rule B maritime attachment action.

We write to request the Court's leave, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, to amend the Verified Complaint a second time. The Court may remember that on January 15, 2008, plaintiff presented an Amended Verified Complaint along with Amended Ex Parte Order for Process of Maritime Attachment and Garnishment in this matter, which modified the caption by setting forth several variations of the defendant's name. The Court subsequently issued the Amended Ex Parte Order for Process of Maritime Attachment and Garnishment.

Plaintiff now asks the Court for leave to add a new defendant, Steven C. Reynolds, to this action. Upon information and belief, Mr. Reynolds was an organizer of defendant corporation Reynolds Shipping (USA) LLC. Further upon information and belief, the charter party that is the subject matter of this action was entered into by Mr. Reynolds personally <u>before</u> the defendant corporation was formally formed in Oklahoma.

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

We understand that under Oklahoma law, the organizer of a limited liability corporation, such as Mr. Reynolds, would be liable for a contract entered into in the name of the limited liability corporation prior to its formation. For this reason, plaintiff would like to add Mr. Reynolds personally as a defendant in this action.

For your guidance, enclosed is a draft of the Second Amended Verified Complaint that plaintiff would like to file with the Court's permission.

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By: _____
Kirk M. Lyons

U:\kmhldocs\2600026\Correspondence\Castel 03 ltr.doc