UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GIORGOS MARITIME

                        Plaintiff(s),          07  Civ. 10387(PKC)

     -against-

REYNOLDS                                 ORDER

                        Defendant(s).

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/08

P. KEVIN CASTEL, District Judge:

        As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. By July 7, 2008 the plaintiff(s) ~~defendant(s)~~ ~~parties~~ shall have successfully attached assets or voluntarily discontinue the action.

2. By _____ 200_, the plaintiff(s) defendant(s) parties shall _____

3.

4.

5.

6. The next conference in this matter will be held on
July 10, 200_ at 9:45 am.

P. Kevin Castel
United States District Judge

Dated: New York, New York
5-9-08