**MEMO ENDORSED**

# LYONS & FLOOD, LLP
ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

JON WERNER
E-Mail: jwerner@lyons-flood.com

ADMITTED IN NEW YORK,
NEW JERSEY

July 7, 2008

**BY TELEFAX**                                        (212) 805-7949

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re:   Giorgos B Maritime Ltd. v. Reynolds Shipping (USA) LLC, et al.
      07 Civ. 10387 (KPC)
      Our file: 2600026

Dear Judge Castel:

We represent plaintiff Giorgos B Maritime Ltd. in this Rule B maritime attachment action, and write pursuant to Your Honor's May 9, 2008, Order providing that "[b]y July 7, 2008, the plaintiff shall have successfully attached assets or voluntarily discontinue the action."

Despite diligent service of the Process of Maritime Attachment and Garnishment ("PMAG") upon the garnishee banks on a daily basis, as of today, plaintiff has been unable to successfully attach assets of the defendants. Thus, plaintiff is required to voluntarily dismiss the action as per the foregoing Court Order.

However, plaintiff respectfully requests that, in the alternative, Your Honor permit this action to be placed on the Court's suspense docket while continuing daily service of the PMAG upon the garnishee banks. This intermediate measure between permitting the action to continue and dismissal would permit plaintiff to continue to seek security for its claims, but would also reduce the burden placed on the court's resources.

*[Handwritten endorsement:]* I will take the matter up at a conference on August 8, 2008 at 12:15 p.m. Unless good cause is shown, I intend to dismiss the action without prejudice.

SO ORDERED
/s/ [signature]
USDJ
7-11-08

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

We stand ready to discuss the relief sought herein at the July 10 conference scheduled for 9:45 a.m.

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By: Jon Werner

U:\kmhldocs\2600026\Correspondence\Castel 04 ltr.doc