UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GIORGOS B MARITIME LTD.,

                Plaintiff,

- against -

REYNOLDS SHIPPING (USA) LLC,
a/k/a REYNOLDS SHIPPING, LLC,
a/k/a REYNOLDS SHIPPING,
a/k/a RS-USA,
a/k/a RSUSA,
a/k/a RSUSA, LLC.,
STEVE REYNOLDS,
a/k/a STEVEN REYNOLDS,
a/k/a STEVE C. REYNOLDS and
a/k/a STEVEN C. REYNOLDS,

                Defendants.
------------------------------------------------------------X

ECF CASE

07 Civ. 10387 (KPC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCivP 41(a)(1)**

No Answer or Motion for Summary Judgment having been filed by defendants, plaintiff hereby voluntarily dismisses this action without prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: August 7, 2008

Respectfully submitted,

LYONS & FLOOD, LLP
Attorneys for Plaintiff

By: _____
Kirk M. Lyons (KL-1568)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\kmhldocs\2600026\Legal\Notice of Voluntary Dismissal.doc

SO ORDERED

[signature]
USDJ
8-7-08